# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, April 10, 2018

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                              Reporter: Janet Collins, OCR

| Set: 10:00 a.m. | Started: 9:55 a.m.<br>10:15 a.m.<br>4:45 p.m. | Ended: 10:05 a.m.<br>10:25 a.m.<br>5:10 p.m. |
|---|---|---|

| |
|---|
| Case No.  4:17cr45                                    (Voir Dire: 10:40 a.m. – 4:45 p.m.) |
| **United States of America** |
| v. |
| **Joseph James Cain Benson, Mark Xavier Wallace,**<br>**Brian Lamar Brown, and Rosuan Romeo Kindell** |
| |
| AUSA's Howard Zlotnick and Lisa McKeel appeared on behalf of the Govt. |
| Attorney Lawrence Woodward, c/a appeared with defendant Joseph James Cain Benson, in custody. |
| Attorney Andrew Sacks, Ret. appeared with defendant Mark Xavier Wallace, in custody. |
| Attorney Trey Kelleter, c/a appeared with defendant Bryan Lamar Brown, in custody. |
| Attorney Jamison Rasberry, c/a appeared with defendant Rosuan Romeo Kindell, in custody. |
| |
| Matter came on for trial by jury (Day #1). |
| Out of the presence of the jury, Court and counsel conducted pretrial conference. |
| |
| Out of the presence of the jury, Court conducted a Frye Inquiry of defendant re: plea offers. |
| (Lunch Recess: 1:25 pm – 2:40 pm)                              (continued on page 2) |

| Case No. 4:17cr45 USA v. Benson, et. al. | Continuation... - Page 2 - |
|---|---|

Petit jurors were sworn, examined on voir dire and from said panel came a jury who were duly sworn (12 and 2 alternates). Jurors not selected excused subject to call.

Preliminary instructions read to the jury.

Court adjourned and jury excused to Wednesday, April 11, 2018 at 9:30am. Defendants remanded to custody.