# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Thursday, April 12, 2018

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Janet Collins, OCR

| Set: 9:30 a.m. | Started: 9:25 a.m. | Ended: 5:15 p.m. |
|---|---|---|

| |
|---|
| Case No.   4:17cr45 |
| **United States of America** |
| v. |
| **Joseph James Cain Benson, Mark Xavier Wallace, Brian Lamar Brown, and Rosuan Romeo Kindell** |
| |
| AUSA's Howard Zlotnick and Lisa McKeel appeared on behalf of the Govt. |
| Attorney Lawrence Woodward, c/a appeared with defendant Joseph James Cain Benson, in custody. |
| Attorney Andrew Sacks, Ret. appeared with defendant Mark Xavier Wallace, in custody. |
| Attorney Trey Kelleter, c/a appeared with defendant Bryan Lamar Brown, in custody. |
| Attorney Jamison Rasberry, c/a appeared with defendant Rosuan Romeo Kindell, in custody. |
| |
| Matter came on for trial by jury (Day #3). |
| Petit jurors (12 & 2 alternate) appeared pursuant to adjournment last evening, 4/11/18. |
| |
| Government continued presentation of evidence – witnesses sworn and testified. |
| |
| (Lunch Recess: 1:00 p.m. – 2:30 p.m.) |

| Case No. 4:17cr45 USA v. Benson, et. al. | Continuation... - Page 2 - |
|---|---|

Exhibits admitted.

Objections heard and rulings made on the record.

Stipulations read into the record.

Jurors excused and Court adjourned to return on Friday, April 13, 2018 at 9:30 a.m.

Defendants remanded.