

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.  4:17cr45

JOSEPH JAMES CAIN BENSTON, et. al.

    Defendant

### ORDER

The jurors in the above entitled case having been sequestered, IT IS **ORDERED** that the United States Marshal furnish them meals at the expense of the United States, submitting the bills to the Clerk of this Court for payment.

Newport News, Virginia

Date: April 17, 2018

Raymond A. Jackson
United States District Judge